IN THE
COURT OF APPEALS 12th JUDICIAL DISTRICT
OF THE STATE OF TEXAS

BUDDY KINDLE                          §    APPELLATE CASE #
        VS                            §
                                      §         12-14-00014 CV
                                      §
LINEBARGER GOGGAN, BLAIR,             §
AND SIMPSON LLP; JOANN                §    TRIAL COURT CASE 12-2167 B
ANDREWS, AND DENNIS                   §
WALKER                                §

FILED IN COURT OF APPEALS
12th Court of Appeals District
JAN 09 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

MOTION FOR EXTENSION OF TIME TO FILE
APPELLANTS BRIEF AND ADDITIONAL TIME FOR
COURT CLERK RECORDS / REPORTER

To The HONORABLE JUDGE of SAID COURT

COMES NOW BUDDY KINDLE APPELLANT HEREIN
AND PLAINTIFF IN THE COURT BELOW AND FILES
HIS MOTION TO EXTEND TIME TO FILE APPELLANTS
BRIEF AND IN SUPPORT THEREOF WOULD SHOW
AS FOLLOWS:
        APPELLANT DOES NOT HAVE RELIABLE SAFE
TRANSPORTATION WHOSE CAR 2001 TOYOTA ECHO
IS NEED OF EXPENSIVE MAJOR REPAIRS WHICH
APPELLANT IS NOT ABLE TO AFFORD AND HAS TO
RELY ON OTHERS FOR TRANSPORTATION AS SUCH
APPELLANT HAS NOT BEEN ABLE TO GET TO THE LAW

1

Library in Tyler for research, when his Health Allows, to Re Do what was Totally Lost July 23 2014 when placed outside By owner of Building, wife And son After Agreeing Not To Being Told That was Legal Paper work (see Extension Filed September 10th 2014 Exhibit B)

Appellant underwent colonoscopy Dec 29 2014 still Awaiting pathology.

Appellant Despite Having Flu Shot Developed Flu And was Quite sick This october, December

Appellant Has Had To Fight Various Infections And Has Been Taking various Antibotics And medications To Combat These

Appellant has Numerous ongoing Treatments At The Dallas And is Being Treated For the Following: Urinary Tract Infections Disease, Vertigo, Eye Infection, Hearing Loss, Bilateral, Hematuria Gross, other Abnormal Blood Chemistry, Obstructive Sleep Apnea, Severe, Gout, severe, Arthritis, Septic; Essential And other Specified Forms of Tremor, Hemorrhoids, Hypertrophy of Prostate, Thrombocytopenia, Umbilical Hernia, Kidney Polycystic Autosomal Dominate (Liver, Pancreas, Gall Bladder) Stage III, HTN, Hypothyroidism, etc. Exhibit C

Appellant At His Residence Lacks Water, Gas Electric utilities presently.

2

Appellant requested clerks record as is not complete, and reports records of any and all verbal communictions between defendants and court.

Appellant request sixty days minimum and is seeking legal assistance through VA in filing his brief

Appellants failure to file his brief in this case is not due in any case of conscious indifference or negelience, this request is not made for purposes of delay but so that justice and fairness may be done to Appellant.

Respectfully

Buddy Kindle

Buddy Kindle

Appellant Pro Se

Buddy Kindle
950 CR 3245
Quitman, Tx 75783
(903) 881-9969 Telephone

3

## Certificate of Service

I Hereby certify That A copy of The Above And Foregoing was Forewarded To All parties of Record on The Date of Filing Here of.

Buddy Kindle Appellant
950 CR 3245
Quitman, Texas   75783
Tel. (903) 881-9969
Appellant Pro Se

Edward James Nicholas
Linebarger, Goggan Blair & Sanpson LLp
4828 Loop Central Drive
Suite 600
Houston, Texas   72081
Main # (713) 844-3800
Fax # (713) 844-3604

Dennis H. Walker
1920 Sybil Lane
Tyler, Texas  75703

Fax (903) 534-9616

4

<u>Certificate of Verification</u>
<u>Affidavit</u>

County of WOOD §
§
§
State of Texas §

Before Me This Day Appeared Buddy Kindle who After Being Sworn, Testified As Follows:

I AM Buddy Kindle Appellant Pro Se.

I HAVE READ The Above, The Above Pleading And certify The Matters And Exhibits A, B, C, contained in This Motion Are True And Correct To The Best of My Knowledge.


Buddy Kindle

Signed Before Me This 5 Day of January 2015

ROBERT C. BROWN
Notary Public, State of Texas
My Commission Expires
October 04, 2017

Notary Public

5

<u>certificate of conference</u>

I Hereby certify that I Did Not Confer By Telephone With opposing counsel(s) Regarding This Motion But feel After Having Conferred previously would Not Agree to Any Extension That would Benefit The Appellant.

<u>Dated</u>: JANUARY
~~December~~ 5, 2015

Buddy Kindle

~~Buddy Kindle~~

Appellant Pro Se

950 CR 3245
Quitman, Texas 75783

<u>Tel</u> (903) 881-9965

# GOODE'S TEXACO
## 172 EAST MAIN
## VAN, TX 75790
## (903) 963-7848

**Repair Order #0140417**
Date Printed : 7/25/13
Page : 1
Center :

| Customer : KINDLE, BUD | VEHICLE : 2001 TOYO ECHO |
| --- | --- |
| Address : 22282 FM 16 WEST | LICENSE : |
| City : GARDEN VALLEY, TX 75771- | V.I.N. : |
| Phone 1 : ( 903 ) 881-9969    Ext : | ENGINE : 2 CYL 1.5 LTR    TRANS : AUTO |
| Phone 2 : ( 903 ) 497-1548    Ext : CELL | MILEAGE : 346837 |

## Parts

| Quan | Part Number | Description | Price |
| --- | --- | --- | --- |
| 2.00 | 510062 | WHEEL BEARING | 120.24 |

## Labor

| Op | Tech | Description | Time | Charge |
| --- | --- | --- | --- | --- |
| BR 017 | LG | REPLACE WHEEL BEARINGS ON FRONT | | 100.00 |
| BR 006 | DC | TURN ROTOR(2)AND REPLACE ORIGINAL BRAKES | | 80.00 |
| AL 001 | LG | FRONT END ALIGNMENT (TWO WHEEL) | | 55.00 |

OK Bad        Recommendation        OK Bad        Recommendation        OK Bad        Recommendation

*Exhibit A*

I hereby authorize the repair work to be done along with the necessary parts and materials and hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere, at your discretion, for the purpose of testing and/or inspection. An express mechanics lien is hereby acknowledged on the above vehicle to secure the amount of repairs thereto. I understand that dealer/owner is not responsible for delay or other consequence due to the unavailability of parts shipments beyond their control. NOT RESPONSIBLE FOR DAMAGE OR ARTICLES LEFT IN CAR IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL.

X _____

| | |
| --- | --- |
| Labor : | $235.00 |
| Parts : | $120.24 |
| Sublet : | $0.00 |
| Other Fees : | $0.00 |
| SHOP SUPPLYS | $0.00 |
| Subtotal : | $355.24 |
| Sales Tax : | $9.92 |

Paid By :
On Account
Pay Ref :

| | |
| --- | --- |
| Total : | $365.16 |
| Paid : | $0.00 |
| Due : | $365.16 |



**TOYOTA**

1717 W. SW. LOOP 323 • TYLER, TEXAS 75701 • 903/581-0600

CELL: 497-1548

| CUSTOMER NO. 118710 | ADVISOR JOEL WILKINSON | 68752 | TAG NO. 4020 | INVOICE DATE 10/01/13 | INVOICE NO. TOCS526016 |
|---|---|---|---|---|---|

| | LABOR RATE | LICENSE NO. | MILEAGE 354,504 | COLOR ABSOLUTELY | STOCK NO. |
|---|---|---|---|---|---|

BUDDY KINDLE
950 CO RD 3245
QUITMAN, TX 75783

| YEAR / MAKE / MODEL 01/TOYOTA/ECHO/2DR | | DELIVERY DATE 02/27/01 | DELIVERY MILES 5 |
|---|---|---|---|

| VEHICLE I.D. NO. JTDBT123710145390 | | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|---|

NONE

| F.T.E. NO. | P.O. NO. | R.O. DATE 10/01/13 | |
|---|---|---|---|

| RESIDENCE PHONE 903-881-9969 | BUSINESS PHONE | COMMENTS | MO: 354504 |
|---|---|---|---|

TOTALS- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
**********************************************
*     THANK YOU FOR ALLOWING US TO SERVE YOU !!!!   *
*[ ]CASH   [ ]VISA   [ ]MASTERCARD   [ ]AMEX       *
*[ ]DISCOVER   [ ]OTHER   [ ]CHECK   [ ]CHECK #    *
*[ ]CHG   [ ]CHG ACCT #   [ ]PO #   [ ]APPROVED*   *
**********************************************
WE KNOW YOU HAVE A CHOICE IN WHERE YOU SERVICE YOUR VEHICLE
WE AT CLASSIC WANT YOU TO KNOW THAT WE TRULY VALUE YOUR
BUSINESS AND WILL DO EVERYTHING WE CAN TO MAKE YOUR VISIT
PLEASURABLE. OUR #1 GOAL IS YOUR COMPLETE SATISFACTION.
IF FOR ANY REASON YOU ARE NOT COMPLETELY SATISFIED WITH
OUR EFFORTS TO SERVE YOU, PLEASE SPEAK WITH YOUR SERVICE
ADVISOR.
THANK YOU AGAIN FOR YOUR BUSINESS AND DRIVE SAFELY...
**********************************************
```

| | |
|---|---|
| TOTAL LABOR.... | 70.00 |
| TOTAL PARTS.... | 49.79 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 7.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 4.69 |
| **TOTAL INVOICE $** | **131.48** |

NOTICE PURSUANT TO §70.001, Texas Property Code
I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON, WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH §9.503, Texas Business and Commerce Code, IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

SIGNATURE OF PERSON RESPONSIBLE OR AGENT FOR PERSON RESPONSIBLE FOR PAYMENT

CUSTOMER SIGNATURE

*Exhibit B*



TOYOTA

1717 W. SW. LOOP 323 • TYLER, TEXAS 75701 • 903/581-0600

CELL: 497-1548

| CUSTOMER NO. 118710 | ADVISOR JOEL WILKINSON 68752 | TAG NO. 4020 | INVOICE DATE 10/01/13 | INVOICE NO. TOCS526016 |
|---|---|---|---|---|

BUDDY KINDLE
950 CO RD 3245
QUITMAN, TX 75783

| LABOR RATE | LICENSE NO. | MILEAGE 354,504 | COLOR ABSOLUTELY | STOCK NO. |
|---|---|---|---|---|

| YEAR / MAKE / MODEL 01/TOYOTA/ECHO/2DR | DELIVERY DATE 02/27/01 | DELIVERY MILES 5 |
|---|---|---|

| VEHICLE I.D. NO. JTDBT123710145390 | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|

NONE

| F.T.E. NO. | P.O. NO. | R.O. DATE 10/01/13 |
|---|---|---|

| RESIDENCE PHONE 903-881-9969 | BUSINESS PHONE | COMMENTS | MO: 354504 |
|---|---|---|---|

```
LABOR & PARTS----------------------------------------------------
J# 1 34TOZ        DRIVEABILITY              TECH(S):25600           0.00
        c/s right front wobbles. Had wheel bearing replaced, but the
        shop used heat too get them off check andcadvise
        TECH NOTED BEARING ARE LOOSE AND ROTORS UNDER SPEC.
        CUSTOMER IS ADVISED NOT TO DRIVE VEHICLE AND DECLINES REPAIR
        AT THIS TIME

PARTS------QTY---FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE-
                                        JOB #  1 TOTAL PARTS        0.00

                                JOB #  1 TOTAL LABOR & PARTS        0.00
---------------------------------------------------------------------
J# 2 38TOZZMPI        MULTI POINT INSPECT      TECH(S):25600          0.00
        CUSTOMER AUTHORIZED PERFORMANCE OF A MULTI-POINT INSPECTION
        PERFORM INSPECTION AND RECORD ANY ITEMS NEEDING ATTENTION.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE-
                                        JOB #  2 TOTAL PARTS        0.00

                                JOB #  2 TOTAL LABOR & PARTS        0.00
---------------------------------------------------------------------
J# 3 36TOZZ05      *AUTO TRANS SERVICE        TECH(S):25600          70.00
        REMOVE TRANSMISSION OIL PAN. INSPECT FOR SIGNS OF WEAR.
        CLEAN TOYOTA TRANSMISSION SCREEN. SEAL TRANSMISSION OIL
        PAN. ADD NEW TRANSMISSION FLUID. INSPECT FOR LEAKS AND
        PERFORM COMPUTER DIAGNOSTIC CODE INSPECTION AND ROAD
        TEST FOR PROPER SHIFT PATTERN.
        Service Automatic Trans, Minor 00/05

PARTS------QTY---FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE-
JOB # 3    5    00279-000T4-01    ATF T-IV QUART         9.26        46.30
JOB # 3    1    90430-18008       GASKET                 3.49         3.49
                                        JOB #  3 TOTAL PARTS        49.79

                                JOB #  3 TOTAL LABOR & PARTS      119.79
-------------------------------------------------------------------------
MISC------CODE--------DESCRIPTION---------------------CONTROL NO--------
JOB # A       9 ENVIRONMENTAL FEE                                    7.00
                                        TOTAL - MISC                7.00
```

NOTICE PURSUANT TO §70.001, Texas Property Code
I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON, WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH §9.503, Texas Business and Commerce Code, IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

SIGNATURE OF PERSON RESPONSIBLE OR AGENT FOR PERSON RESPONSIBLE FOR PAYMENT

Exhibit B

```
Appt Mgt Module              Dec 29, 2014@15:20:47              Page:    1 of    1
Patient: KINDLE,BUDDY                    MT: NOT REQ          Outpatient
PC Prov: KHURANA,INDER PAL                           Team: DAL PC ALPHA #3
Total Appointment Profile     * - New GAF Required    11/29/14 thru 09/23/17
```

```
-----Clinic-------------------Appt Date/Time--------Status-------------------
 1   Xrad - Sono              12/10/2014@14:00   Non-count/Checked Out
 2   Dallas Pc Khurana Nurse C 12/12/2014@10:35  Cancelled By Clinic
 3   Cpap Tech 4              12/12/2014@12:30   Checked Out
 4   Xlab Clinic-x           12/22/2014@08:30   Non-count
 5   Rheumatology Clinic     12/22/2014@10:30   Checked Out
 6   Same Day Procedure 4b   12/29/2014@10:00   Checked Out           14:57
 7   Gi Lab / 5th Floor-new Bl 12/29/2014@11:00 Act Req/Checked Out    14:27
 8   Eye Oph Green Cl1        01/07/2015@14:00   Future
 9   Xlab Clinic-x           01/08/2015@11:30   Non-count
10   Dallas Pc Khurana Cl#2  01/08/2015@13:30   Future/Lab@11:30
11   Xlab Clinic-x           01/26/2015@08:00   Non-count
12   Endocrine Consult Cl4   01/26/2015@14:30   Future/Lab@12:30
13   Xrheumatology Chart Check 01/27/2015@10:30 Non-count
14   Xrad-mri Scanner 3/3t   02/09/2015@08:00   Non-count
15   Renal Wed Am Cfellow Cl#6 02/11/2015@09:00 Cancelled By Clinic
16   Renal Wed Dial Fellow Cl# 02/18/2015@13:45 Future/Lab@11:45
17   Xlab Clinic-x           03/02/2015@11:00   Non-count
18   Urology-apn-hartman     03/02/2015@13:00   Future
19   Xlab Clinic-x           03/23/2015@08:30   Non-count
20   Rheumatology Clinic     03/23/2015@10:30   Future/Lab@08:30
```

*Exhibit C*